**Kyle WILLIAMS, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 1, 1999.

---

1. 75 Pa.C.S. § 1547(b)(1) provides that:
   If any person placed under arrest for a violation of section 3731 (relating to driving under the influence of alcohol or controlled sub-

stance) is requested to submit to chemical testing and refuses to do so, ... the department shall suspend the operating privilege of the person for a period of 12 months.

### ORDER

PER CURIAM:

AND NOW, this 1 st day of April, 1999, the order of the Commonwealth Court of Pennsylvania is AFFIRMED.